UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* BARRY STEELEY, <br>         Plaintiffs, <br> v. <br><br> QUORUM HEALTH GROUP, INC., BIRMAN MANAGED CARE, INC., *et. al.,* <br>         Defendants. | ) <br> ) <br> ) <br> ) No. 3:97-0893 <br> ) Judge Haynes <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT WABASH GENERAL HOSPITAL

Relator Barry Steeley, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the Settlement Agreement between the Wabash General Hospital ("Wabash") and Relator Barry Steeley, hereby stipulate, as follows:

1. The Parties have executed a written Settlement Agreement, a copy of which is attached hereto under Tab 1, in full compromise and settlement of the Relator's False Claims Act action against Wabash related to the Covered Conduct as defined in the Settlement Agreement.

2. The United States informs this Court that it has received payment of the settlement amount, as provided in the Settlement Agreement.

3. This Stipulation of Dismissal is consistent with the terms of the Settlement Agreement.

4. All issues regarding the Relator's share and Relator's attorney's fees and costs have been resolved.

5.   Accordingly, Relator Barry Steeley, requests that, pursuant to Fed. R. Civ. P. 41(a) and 31 U.S.C. § 3730(b)(1), the Complaint as to defendant Wabash in its entirety shall be dismissed with prejudice as to the Relator.

6.   Pursuant to 31 U.S.C. § 3730(b) the United States consents to the Relator's dismissal of his claims.

7.   No answer or motion for summary judgment has been filed by any adverse party.

8.   Each party shall bear their own costs.

**Presented by**:

**ON BEHALF OF RELATOR BARRY STEELEY:**

*/s/ W. Charles Bailey, Jr.*
W. Charles Bailey, Jr.*
Simms Showers, LLP
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
(410) 783-5795

(*Admitted *pro hac vice*)

David Randolph Smith
1910 Acklen Avenue
Hillsboro Village
Nashville, TN 37212
(615) 742-1775
Counsel for Relator

2

**ON BEHALF OF THE UNITED STATES:**

PETER D. KEISLER
Assistant Attorney General

JAMES K. VINES
United States Attorney for the
Middle District of Tennessee

*/s/ Michael Roden*
MICHAEL RODEN
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee  37203
Telephone: (615) 736-5151


*/s/ Michael F. Hertz*
MICHAEL F. HERTZ
ALAN E. KLEINBURD
ROBERT J. MCAULIFFE
Attorneys, Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6832


**IT IS SO ORDERED:**


Dated: 10-4-05

United States District Judge

3